## File Hashes for IP Address 108.56.155.162

**ISP:** Verizon FiOS
**Physical Location:** Fairfax, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/06/2014 01:54:36 | 1093CE2D9F99F39AFA62657F4FD35621CE1C0DEC | Kacey Jordan Does Xart |
| 09/20/2014 17:36:49 | CDFC3778C75651730E9FEBEA7CEDFD5632A85C00 | Hot Bath For Two |
| 09/07/2014 17:57:31 | 5C5754B5C8331B230119E97332848690BD0EB76F | Our Little Cum Cottage |
| 09/07/2014 17:55:10 | 9F994A02D42B4D3044C99EB9B686F9C27EAAA6E7 | Shes A Spinner |
| 09/07/2014 17:52:25 | BE684BCE129BDE8827B65645291D7B93F04675F2 | Tiffanys Tight Ass |
| 08/18/2014 21:24:21 | 87442CBFB4C38A5675D8FE8CCF9028DC9352C0F3 | Surprise Surprise |
| 08/18/2014 21:08:22 | 085B81470106DE39F7C84DB8C201077A29426621 | A Thought of You Part 2 |
| 08/18/2014 21:06:41 | 16DF14D774B3DF3C300F7EDF0228503F451FF913 | Tantric Massage |
| 08/18/2014 20:00:20 | 6D10DF53C0CFD0D76547DBDA6A4D8A983F94EB08 | Brazilian Love Affair |
| 08/18/2014 19:23:49 | 52547B96DD0BDFB178E1718D81B159D10A5800C1 | Two By Two |
| 08/18/2014 19:23:36 | 0EB4D1D1979E69AA5CA4986105A80114852924A7 | Just Watch Part 2 |
| 08/18/2014 19:18:50 | 0A9495760C51B2EA408ADC90C8A41AC17F67A425 | Catching Up |
| 08/18/2014 19:17:46 | 5612B6644244B6DA8CCB3EE46164EBE96C0220E0 | Thunderstorm Love |
| 08/18/2014 19:10:22 | 63FC12CDDF5DBE0304B7EBD6AC3B0435D01B358C | For Your Eyes Only |
| 08/11/2014 01:08:33 | C785F3A2EA62894011CBB586933B5875215AF971 | Meet My Lover From Austria |
| 08/11/2014 00:54:17 | 676D3A4A4F169A41FB7097F347320A6574E601D3 | Dancing Romance |
| 08/11/2014 00:53:49 | 84ABF3B1B881BF16E463DEE19669223AB87B562F | Sex With Glasses |
| 08/11/2014 00:40:44 | 28D254BBB8DF3F45585100E8DD4C71653F8F0F44 | From Three to Four Part 2 |
| 08/11/2014 00:33:54 | 00C13D33EBDBEDD8A8A3E4DA68B9A33B614E20A9 | Blindfold Me Baby |
| 08/10/2014 23:38:44 | 3EFA1185D154CD0E94911E672C6A71D2EE46AF6F | Morning Glory |
| 08/10/2014 22:49:54 | C84CEE035F21CF4AD3452F4ED6893F25FEDAB2CC | Go Down On Me |
| 08/10/2014 22:47:52 | 5D7F3D57745367656D4B88D0D17F72C3A28617C5 | Enjoy My Backdoor |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/10/2014 22:46:10 | 06D009307C18A7C3CDCEF04B2D5D1D41281049C1 | Chloe Loves Carl Part 2 |
| 08/10/2014 22:43:50 | FC886EF2E1708CFC7115D2DDF773C6118755F233 | Lovers Way |
| 08/10/2014 22:41:43 | 2A05E9869A686BCAD59ACBAA0203049202AEAE0C | Sexy In The City |
| 08/10/2014 22:34:01 | E94F753F299D4968019055C9C7A8DBB9C837C5DF | Summertime Lunch |
| 08/10/2014 22:33:57 | 221154C63C9318CCC8402F0580BBE4E83F5F6161 | Sweet Awakening |
| 08/10/2014 22:21:38 | 46534E73B0D16742309BCAF6FB5D8F8DCEF5EC95 | Rock Me Baby |
| 08/10/2014 22:12:56 | 219F3C676427D47A0AFD296992A3DBEBEC81068C | Highrise Rendezvous |
| 08/10/2014 22:03:19 | 47E1D57B1326071102DD44272F0B7A0F7A7CD6A0 | Breakfast At Eves |
| 08/10/2014 22:02:47 | D2CEF42B12255477B18002859B65233E80C6FCE8 | Be With Me |
| 08/10/2014 22:00:13 | 847B555011055E54E78BAB95C0078E089BDCD0CE | Paint Me Beautiful |
| 08/10/2014 21:55:06 | F7FAFED627CC028ACA02887C7199AC8CCCCB8428 | Carry Me Home |
| 06/20/2014 08:50:09 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 06/20/2014 08:37:23 | 8D357CC8A76374C2534F5B6C92DFA6373DD18A48 | Coming Late |
| 04/22/2014 06:54:24 | E4D31E4674C46E48DE4A4204FBF12FFF8FB43E7C | Double Tease |

**Total Statutory Claims Against Defendant: 36**

EXHIBIT A