**Copyrights-In-Suit for IP Address 108.56.155.162**

**ISP:** Verizon FiOS
**Location:** Fairfax, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Thought of You Part 2 | PA0001895665 | 05/13/2014 | 05/16/2014 | 08/18/2014 |
| Be With Me | PA0001907574 | 07/21/2014 | 07/25/2014 | 08/10/2014 |
| Blindfold Me Baby | PA0001902971 | 05/30/2014 | 06/06/2014 | 08/11/2014 |
| Brazilian Love Affair | PA0001895095 | 05/03/2014 | 05/12/2014 | 08/18/2014 |
| Breakfast At Eves | PA0001909480 | 08/06/2014 | 08/26/2014 | 08/10/2014 |
| Carry Me Home | PA0001908452 | 07/29/2014 | 08/04/2014 | 08/10/2014 |
| Catching Up | PA0001889391 | 04/13/2014 | 04/15/2014 | 08/18/2014 |
| Chloe Loves Carl Part 2 | PA0001906561 | 07/05/2014 | 07/14/2014 | 08/10/2014 |
| Coming Late | PA0001904286 | 06/19/2014 | 06/24/2014 | 06/20/2014 |
| Dancing Romance | PA0001903915 | 06/07/2014 | 06/12/2014 | 08/11/2014 |
| Double Tease | PA0001892183 | 04/17/2014 | 04/29/2014 | 04/22/2014 |
| Enjoy My Backdoor | PA0001904149 | 06/13/2014 | 06/19/2014 | 08/10/2014 |
| For Your Eyes Only | PA0001909485 | 08/11/2014 | 08/19/2014 | 08/18/2014 |
| From Three to Four Part 2 | PA0001902970 | 06/01/2014 | 06/06/2014 | 08/11/2014 |
| Go Down On Me | PA0001904131 | 06/11/2014 | 06/19/2014 | 08/10/2014 |
| Highrise Rendezvous | PA0001908213 | 07/25/2014 | 07/31/2014 | 08/10/2014 |
| Hot Bath For Two | PA0001914734 | 09/20/2014 | 09/22/2014 | 09/20/2014 |
| Just Watch Part 2 | PA0001902964 | 05/27/2014 | 06/06/2014 | 08/18/2014 |
| Kacey Jordan Does Xart | PA0001916065 | 10/04/2014 | 10/06/2014 | 10/06/2014 |
| Lovers Way | PA0001905141 | 06/21/2014 | 07/02/2014 | 08/10/2014 |
| Meet My Lover From Austria | PA0001898094 | 05/17/2014 | 06/06/2014 | 08/11/2014 |

EXHIBIT B

EVA112

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Morning Glory | PA0001902968 | 05/29/2014 | 06/06/2014 | 08/10/2014 |
| Our Little Cum Cottage | PA0001914537 | 09/05/2014 | 09/17/2014 | 09/07/2014 |
| Paint Me Beautiful | PA0001908674 | 08/04/2014 | 08/11/2014 | 08/10/2014 |
| Rock Me Baby | PA0001907592 | 07/19/2014 | 07/25/2014 | 08/10/2014 |
| Sex With Glasses | PA0001903914 | 06/05/2014 | 06/12/2014 | 08/11/2014 |
| Sexy In The City | PA0001905511 | 06/27/2014 | 07/02/2014 | 08/10/2014 |
| Shes A Spinner | PA0001914521 | 09/03/2014 | 09/17/2014 | 09/07/2014 |
| Summertime Lunch | PA0001907078 | 07/11/2014 | 07/25/2014 | 08/10/2014 |
| Surprise Surprise | PA0001892186 | 04/27/2014 | 04/29/2014 | 08/18/2014 |
| Sweet Awakening | PA0001907077 | 07/09/2014 | 07/27/2014 | 08/10/2014 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 08/18/2014 |
| Thunderstorm Love | PA0001909507 | 08/13/2014 | 08/26/2014 | 08/18/2014 |
| Tiffanys Tight Ass | PA0001912772 | 08/30/2014 | 09/17/2014 | 09/07/2014 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 06/20/2014 |
| Two By Two | PA0001898093 | 05/23/2014 | 06/06/2014 | 08/18/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 36**